MAY 23, 2012

No. 10–1545. DEMIRAJ ET AL. v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.